## (July 8, 1937.)

CONDE NAST, INC., Respondent, v. TOWN OF NORTH HEMPSTEAD, Appellant.— In an action to remove a cloud on plaintiff's title, judgment for plaintiff, adjudging that it has a good and valid title to the real property in question, dismissing the defendant's affirmative defense, and adjudging that the defendant has no right, title or interest therein, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.